UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

PC CONNECTION, INC.,

    Plaintiff,

    v.

JAMES NAGURNEY,

    Defendant.

No. 15-51

### STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff, PC Connection, Inc., and Defendant, James Nagurney, pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), that this action shall be and hereby is dismissed with prejudice and without costs or attorneys' fees to any party.

Respectfully submitted,

| **PLAINTIFF**, PC Connection, Inc. | **DEFENDANT**, James Nagurney |
|---|---|
| By its attorneys, | By his attorneys, |
| */s/ Jeffrey S. Brody* <br> Jeffrey S. Brody (NH Bar No. 13823) <br> JACKSON LEWIS, P.C. <br> 100 International Drive, Suite 363 <br> Portsmouth, NH 03801 <br> Phone: (603) 559-2700 <br> Fax: (603) 559-2701 <br> Fax: (617) 367-2155 | */s/ Cameron G. Shilling* <br> Cameron G. Shilling (NH Bar No. 11363) <br> McLane, Graf, Raulerson & Middleton, P.A. <br> 900 Elm Street <br> Manchester, NH 03105-0326 <br> Phone: (603) 628-1351 |
| DATED: May 4, 2014 | DATED: May 4, 2014 |